[No. 3136, Jan. 20, 1927]

WILLIAMS et al. v. KEMP et. al.

[252 Pac. 1000.]

SYLLABUS BY THE COURT

1.  The requirement that a praecipe for the record shall
be filed within 30 days from the taking of an appeal, as
provided in section 36, c. 43, Laws 1917, is applicable only
in case an extension of time to settle the bill of exceptions
is desired.

2.  Where a partial record is brought to this court by
an appellant, it is the duty of the appellee if he so de-
sires to have embodied in the transcript such additional
portions of the record as he may desire, and a motion
by him in this court for a writ of certiorari to bring up
such portions of the record will be denied.

Appeal from District Court, Torrance County;
Mechem, Judge.

Action by H. C. Williams and others against W. C.
Kemp and others. From an adverse judgment, de-
fendants appeal, and plaintiffs move for a writ of cer-
tiorari and to dismiss the appeal. Motions denied.

E. P. Davies and W. N. Birdsall, both of Santa Fe for
appellants.

G. W. Prichard, of Santa Fe, for appellees.

OPINION OF THE COURT

PARKER, C. J. [1] 1.  A motion was made to dis-
miss the appeal upon the ground that the praecipe for
the transcript of record was not filed with the trial
court within 30 days from the date of the allowance
of the appeal.   There is confusion in the mind of
counsel who filed this motion in regard to this mat-
ter.  The requirement  that a praecipe be filed within
30 days after the taking of an appeal, as provided by
section 36, c. 43, Laws 1917, is a provision which is ap-
plicable only in case an extension of time within which
to have the bill of exceptions settled and signed is de-
sired.   Otherwise, there is no requirement as to the
filing of the praecipe within said 30 days.

[1] 4CJ p. 285 n. 37. [2] 4CJ p. 260 n. 24; p. 507 n. 10.

[2] 2. Counsel for appellee has filed a motion for certiorari to supply a portion of the record not contained in the transcript. This application will be denied. The record in this case is not a complete record ,and in such cases by the provisions of section 32, c. 43, Laws 1917, if the appellee desires additional parts of the record, it is his duty to require the clerk to certify such additional portions of the record with the transcript to this court.

It follows that the motion to dismiss this appeal should be denied, and the motion for the writ of certiorari should also be denied, and it is so ordered.

BICKLEY and WATSON, JJ., concur.